UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERKSMAN,<br><br>                      Plaintiff,<br><br>                -against-<br><br>IDEALEASING OF CENTRAL NEW YORK LLC, et al.,<br><br>                      Defendants. | 23-CV-1486 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       Pursuant to the Court's October 5th Order, ECF No. 14, the parties were required to file a joint status letter, the contents of which are described therein, no later than October 17, 2023. To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 23, 2023**.

       SO ORDERED.

Dated: October 19, 2023
       New York, New York

                                          ARUN SUBRAMANIAN
                                        United States District Judge