UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERKSMAN,<br><br>                          Plaintiff,<br><br>               -against-<br><br>IDEALEASING OF CENTRAL NEW YORK LLC, et al.,<br><br>                        Defendants. | 23-CV-1486 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The conference, currently set for January 17, 2024, is hereby ADJOURNED to January 19, 2024, at 10:30 AM. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 448 218 60, followed by the pound (#) sign.

      By January 17, 2024, at 5:00 PM, the parties should submit a joint letter to the Court providing an update on the status of this matter.

      SO ORDERED.

Dated: January 16, 2024
       New York, New York

                                                   ARUN SUBRAMANIAN
                                                   United States District Judge