UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS BERKSMAN,

                            Plaintiff,

            -against-

IDEALEASING OF CENTRAL NEW YORK
LLC, et al.,

                            Defendants.

23-CV-1486 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

This case was set for a post-discovery pretrial conference on January 19, 2024. Pursuant to this Court's case management plan and scheduling order, Dkt. 13, "[a]ll discovery shall be completed no later than December 29, 2023." No party at any time requested an extension of any deadline in this case. Further, on January 17, the parties submitted a joint letter. Dkt. 18. The letter did not indicate that there were any disputes to raise with the Court, indicated that there were no contemplated motions, and while the parties indicated that certain discovery was "outstanding" despite the December 29, 2023 deadline, no request for an extension of discovery was made. Nor would any such request, submitted weeks after the close of discovery, be well-taken in light of the scheduling order and this Court's individual practices. Discovery is now closed, and the Court understands from the parties' letter that summary judgment motions are not

contemplated. For these reasons, this case will be set for a trial to commence on March 4, 2024.

The Court will issue an order specifying the deadlines for pretrial filings in this case. The hearing

currently scheduled for January 19, 2024, is hereby canceled.

       SO ORDERED.

Dated: January 19, 2024
       New York, New York

                                                ARUN SUBRAMANIAN
                                    United States District Judge