UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERKSMAN,<br><br>                              Plaintiff,<br><br>         -against-<br><br>IDEALEASING OF CENTRAL NEW YORK LLC, et al.,<br><br>                              Defendants. | 23-CV-1486 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court has received the parties' requests to adjourn trial. Trial is hereby ADJOURNED to May 20, 2024. Because of the adjournment of trial, the Court will allow the parties to move for summary judgment. Any motions for summary judgment (including *Daubert* motions, per this Court's individual practices) are due February 6, 2024, with any opposition due February 20 and any reply due February 27.

      By separate order, the Court will enter a revised schedule for the joint pretrial order and submissions.

SO ORDERED.

Dated: January 23, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge