UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS BERKSMAN,

                Plaintiff,

      -against-

IDEALEASING OF CENTRAL NEW YORK LLC, et al.,

                Defendants.

23-CV-1486 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Prior to the removal of this case to federal court, all claims against Idealeasing of Central New York LLC were "discontinued, with prejudice." Dkt. 1-2 at 31.

    As such, the Clerk of Court is directed to terminate Idealeasing of Central New York LLC from this case.

SO ORDERED.

Dated: April 3, 2024
       New York, New York

                                    ARUN SUBRAMANIAN
                                  United States District Judge