UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERKSMAN,<br><br>       Plaintiff,<br><br>   -against-<br><br>IDEALEASING OF CENTRAL NEW YORK LLC, et al.,<br><br>       Defendants. | 23-CV-1486 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court will hold a hearing on the pending summary-judgment motion on April 22, 2024 at 2:00 PM in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10075. The proposed joint pretrial order and all required pretrial filings remain due on April 23, 2024, at 5:00 PM.

  SO ORDERED.

Dated: April 15, 2024
   New York, New York

                       _____
                         ARUN SUBRAMANIAN
                         United States District Judge