UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS BERKSMAN,

                                          Plaintiff,

                    -against-

JOHN WHITEDUCK, et al.,

                                          Defendants.

23-CV-1486 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      For the reasons discussed at today's hearing, Defendants' motion for summary judgment is denied. Dkt. 29. The parties should order a copy of the transcript from the court reporter and have it filed on the docket.

      By April 25, 2024, Plaintiff should file a letter with the Court responding to Defendants' allegation that an attorney litigating this case was not licensed to practice before this Court.

      Finally, Plaintiff should consider making a good-faith demand to Defendants to settle this matter by April 26, 2024. If Plaintiff does so, Defendants should consider responding with a good faith offer by May 3, 2024.

      The Clerk of Court is directed to terminate the motions at Dkts. 29 and 32.

      SO ORDERED.

Dated: April 23, 2024
     New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge