UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERKSMAN,<br><br>                     Plaintiff,<br><br>      -against-<br><br>JOHN WHITEDUCK, et al.,<br><br>                  Defendants. | 23-CV-1486 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff may conduct additional depositions of Dr. Gruson and Dr. Elkin at his own expense and not to exceed two hours each. Those depositions may occur remotely.

The Clerk of Court is directed to terminate the motions at Dkts. 60, 61, and 63.

SO ORDERED.

Dated: April 25, 2024
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge