UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERKSMAN,<br><br>        Plaintiff,<br><br>  -against-<br><br>JOHN WHITEDUCK, et al.,<br><br>        Defendants. | 23-CV-1486 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  For some reason, Plaintiff appears to be having subpoenaed documents produced to the Court. The Court has received several mailings with subpoenaed documents from Kolb Radiology, Branch Medical, Comprehensive Pain Management, and CitiMed Surgery Center. By May 6, 2024, at 5:00 PM, Plaintiff should file a letter on the docket explaining why it is having these documents sent to the Court. Plaintiff should also confirm that it has received its own copies of these documents and that the documents that the Court has received can be destroyed.

  SO ORDERED.

Dated: May 1, 2024
    New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge