UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERKSMAN,<br><br>                     Plaintiff,<br><br>    -against-<br><br>JOHN WHITEDUCK, et al.,<br><br>                     Defendants. | 23-cv-1486 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Tomorrow's final pretrial conference will now begin at 12:00 PM. Plaintiff Nicholas Berksman and the principal decisionmaker(s) for the Defendants should attend in person or by calling (646) 453-4442 and entering the Phone Conference ID: 445 848 883, followed by the pound (#) sign.

      SO ORDERED.

Dated: May 6, 2024
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge