UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERKSMAN, <br><br>       Plaintiff, <br><br>  -against- <br><br> JOHN WHITEDUCK, et al., <br><br>       Defendants. | 23-CV-1486 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  As forecasted by the Court at last week's conference, trial in this case will begin on May 21, 2024. The Court will hold a final pretrial conference in this matter in court to discuss the proposed voir dire, jury charge, and verdict sheet (due May 17, 2024) on May 20, 2024, at 11:00 AM.

  SO ORDERED.

Dated: May 14, 2024
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge