UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS BERKSMAN,

                Plaintiff,

-against-

JOHN WHITEDUCK, et al.,

                Defendants.

23-CV-1486 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      As discussed at trial, the Court orders Matthew Jude Vittuci to sign up to serve as a pro bono attorney with the Southern District of New York and take on the representation of at least one client by the end of 2024. *See* https://www.nysd.uscourts.gov/attorney/probono. Mr. Vitucci should file proof of his compliance with this order on the docket by December 31, 2024. If he does not comply, he will face sanctions.

      SO ORDERED.

Dated: May 29, 2024
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge