UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS BERKSMAN,

                  Plaintiff,

    -against-

JOHN WHITEDUCK, et al.,

                  Defendants.

23-CV-1486 (AS)

FINAL JUDGMENT

ARUN SUBRAMANIAN, United States District Judge:

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that after a jury trial before the Honorable Arun Subramanian, United States District Judge, the jury having rendered a verdict on May 24, 2024, in favor of Defendants, judgment is entered in favor of Defendants.

    The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: May 29, 2024
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge